## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

      v.                                                     Crim. No. 5:96-CR-194-2F

TONYA LUTISSUE MCNEIL

      On August 15, 2007, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                                  Respectfully submitted,

                                            /s/ Robert L. Thornton
                                            Robert L. Thornton
                                            Probation Officer

### ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this_____ 27th day of _____, 2012.

                                            James C. Fox
                                            Senior U.S. District Judge